**Order filed August 1, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00398-CV
_____

## EX PARTE C.L.M., Appellant

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71356**

## O R D E R

Appellant's brief was due July 17, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **August 30, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM